■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY THOMAS, Appellant. [816 NYS2d 397]—Appeal from a judgment of the Supreme Court, Erie County (Ronald H. Tills, A.J.), rendered February 3, 2005. The judgment revoked defendant's probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Scudder, Martoche, Smith and Hayes, JJ.